## Commonwealth *v.* Spitler, Appellant.

Submitted June 8, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Ralph W. D. Levan,* Assistant Public Defender, for appellant.

*Grant E. Wesner,* Assistant District Attorney, with him *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

OPINION BY HOFFMAN, J., September 18, 1970:

Appellant alleges that his guilty plea was induced by certain misrepresentations made to appellant by his court-appointed attorney and the District Attorney. Although this claim presents a question of fact, no evidentiary hearing has been held on this issue. On the state of the record, we cannot make any decision at this time. Cf. *Commonwealth v. Jones,* 438 Pa. 86, 263 A. 2d 360 (1970) (ROBERTS, J.).

We remand this case for a hearing on the question of whether appellant's plea was voluntarily entered. The court below should treat this proceeding as if it were a Post Conviction Hearing Act hearing. Cf. Act of January 25, 1966, P. L. (1965) 1580, 19 P.S. §1180-9.

WRIGHT, P. J., and WATKINS, J., dissent.